The People of the State of Illinois, Plaintiff-Appellee,
v. Ronald Talbert, Defendant-Appellant.

Gen. No. 47,782. 

First District, Second Division.
November 24, 1959.
Rehearing denied January 19, 1960.
Released for publication January 19, 1960.

David S. Minor,
for appellant; Benjamin S. Adamowski, State's Attorney of Cook
County (Francis X. Riley, of counsel) for defendant in error.
Opinion by JUSTICE KILEY. Not to be published in full.